IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:05-CR-77 |
| | ) | |
| KENNETH CASTALDI | ) | |
| | ) | |
| | ) | |

## OPINION AND ORDER

This matter is before the Court on the Motion for Additional Time to File Response (D.E. # 165) filed by the Defendant, Kenneth Castaldi, on November 2, 2007. Upon due consideration, this motion is granted. The Defendant's reply is due on or before November 7, 2007.

DATED: November 6, 2007        /s/ RUDY LOZANO, Judge
                               United States District Court